**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

|  |  |
|---|---|
| GISELA MIREYA CALDERON CAMPOS, <br><br> A.Y. CAMPOS CALDERON, *a minor,* <br><br> S.I. CAMPOS CALDERON, *a minor,* <br><br> *Petitioners,* <br><br> v. <br><br> KRISTI NOEM, Sec. of Homeland Security <br><br> PAMELA BONDI, Attorney General, <br><br> RUSSELL HOTT, Field Office Director, Immigration and Customs Enforcement, Washington Field Office, <br><br> PATRICK DIVVER, Deputy Field Office Director, Immigration and Customs Enforcement, Washington Field Office, <br><br> *Respondents*. | Civ. No. __1:25-cv-309__ |

**ORDER GRANTING**
**EMERGENCY *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER**

      Pursuant to Fed. R. Civ. P. 65(b)(2), this Court hereby enjoins the removal of Petitioners Gisela Mireya Calderon Campos (A221-290-910), the minor child A.Y. Campos Calderon (A221-290-912), and the minor child S.I. Campos Calderon (A221-290-911). This Court finds as follows:

      1.      Respondents have stated their intent to remove all three Petitioners from the United States in the early morning hours of February 19, 2025.

      2.      Petitioner A.Y. states a legitimate claim to U.S. citizenship pursuant to 8 U.S.C.

1

§ 1401(g), and is likely to prevail on the merits of this claim. A.Y. would suffer irreparable hardship if removed to El Salvador, and the public interest and the balance of equities both tip in favor of U.S. citizens not being removed from the United States.

3. Petitioner A.Y. is less than two years old, and therefore must remain in the care of Petitioner Calderon Campos for the time being, in order to prevent irreparable harm to the child and in aid of preserving the status quo and preserving this Court's jurisdiction.

4. Petitioner S.I. may not presently be removed without his mother.

5. All three Petitioners would be irreparably injured if removed from the United States, as wrongful deportation of a U.S. citizen would constitute an irreparable injury, as would separation of a tender-age child from their mother.

6. Counsel for Petitioners gave adequate notice to counsel for Respondents, by e-mailing a copy of all filings to counsel for Respondents. This order is issued without further notice to Respondents, as all notice practicable has been provided to them given the hour of night.

7. Petitioners are unable to afford a security bond, and the government will not be harmed by delaying the removal of Petitioners for a brief period of time.

WHEREFORE, for the foregoing reasons, this Court hereby ORDERS that Respondents are enjoined from removing of Petitioners Gisela Mireya Calderon Campos (A221-290-910), the minor child A.Y. Campos Calderon (A221-290-912), and the minor child S.I. Campos Calderon (A221-290-911) from the United States, for a period of 14 days.

Alexandria, Virginia
February 18, 2025

Anthony J. Trenga
Senior U.S. District Judge

2