IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| GISELA MIREYA CALDERON CAMPOS, *et al.*,<br>　　　　　Petitioners,<br><br>　　v.<br><br>KRISTI NOEM, *et al.*,<br>　　　　　Respondents. | No. 1:25-cv-00309-MSN-WBP |

## **ORDER**

A Petition for a Writ of Habeas Corpus and Complaint for Injunctive Relief was filed on February 18, 2024 in the above captioned case. That same day, Petitioners filed an Emergency Motion for a Temporary Restraining Order asking this Court to enjoin Respondents from removing Petitioners from the United States. Judge Anthony J. Trenga granted that motion and issued a Temporary Restraining Order prohibiting Defendants from removing Petitioners for Fourteen (14) days, after which time the case was reassigned to the undersigned. Whereas Judge Trenga's Order will expire on March 4, 2025 and Respondents have not yet had an opportunity to respond to Petitioners' request for injunctive relief, it is hereby

**ORDERED** that Petitioners shall file any motion for preliminary injunctive relief before 5:00 p.m. on Monday, February 24, 2025; and it is further

**ORDERED** that Respondents shall file any opposition to such motion before 5:00 p.m. on Wednesday, February 26, 2025; and it is further

**ORDERED** that Petitioners shall file any reply brief before 12:00 p.m. on Thursday, February 27, 2025; and it is further

**ORDERED** that this Court will hear any motion for preliminary injunctive relief on Friday, February 28, 2025, at 10:00 a.m.; and it is further

**ORDERED** that the parties shall indicate in their filings whether they intend to call any witnesses at such hearing, and whether those witnesses will require the assistance of a certified translator.

It is **SO ORDERED.**

                                                          /s/
                                      Hon. Michael S. Nachmanoff
                                      United States District Judge

February 20, 2025
Alexandria, Virginia