IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

GISELA MIREYA CALDERON CAMPOS,
*et al.*,
                Petitioners,

      v.

KRISTI NOEM, *et al.*,
                Respondents.

No. 1:25-cv-00309-MSN-WBP

## ORDER

A Petition for a Writ of Habeas Corpus and Complaint for Injunctive Relief was filed on February 18, 2024 in the above-captioned case. Petitioners' Complaint contained three counts. Count I sought relief regarding the unlawful detention by United States Immigration and Customs Enforcement ("ICE") of a minor United States Citizen. ECF 1 at 5. Count II sought to prevent the expedited removal from the country of that same Untied States Citizen. *Id.* Count III challenged the detention of the other two non-citizen Petitioners while they seek adjustment of status. *Id.* at 5-6. That same day, Petitioners filed an Emergency Motion for a Temporary Restraining Order asking this Court to enjoin Respondents from removing Petitioners from the United States. ECF 2. Judge Anthony J. Trenga granted that motion and issued a Temporary Restraining Order prohibiting Defendants from removing Petitioners for Fourteen (14) days, ECF 4, after which time the case was reassigned to the undersigned. On February 20, 2025, the undersigned entered a briefing schedule for preliminary injunctive relief and set a hearing on such relief for Friday, February 28, 2025. ECF 6.

On February 23, 2025, Petitioners filed a notice informing the Court that they were released from ICE custody on February 21, 2025, and were thus voluntarily dismissing Counts I and III

without prejudice. ECF 7. Petitioners further requested that this Court vacate the preliminary injunction briefing schedule and hearing, and set a status conference in this matter for March 4, 2025. Accordingly, it is hereby

**ORDERED** that Counts I and III of petitioners Complaint (ECF 1) are **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that this Court's prior order (ECF 6) setting a briefing schedule and hearing for preliminary injunctive relief in this matter is **VACATED**; and it is further

**ORDERED** that the parties shall appear before the Court for a status conference in this matter on March 4, 2025 at 11:30 a.m.

It is **SO ORDERED.**

/s/
Hon. Michael S. Nachmanoff
United States District Judge

February 25, 2025
Alexandria, Virginia