**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| GISELA MIREYA CALDERON CAMPOS, et al., | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | No. 1:25-cv-00309-MSN-WBP |
| v. | ) | |
| | ) | |
| KRISTI NOEM, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

This matter comes before the Court on Petitioners' request for a four-month abeyance during a March 4, 2025 status hearing. For good cause shown, it is hereby

ORDERED that Petitioners' request is GRANTED; and it is further

ORDERED that the parties shall file a Joint Status Report on or before July 2, 2025;

ORDERED that no further submissions are required from the parties in this matter until July 2, 2025.

March 5, 2025
Alexandria, VA

/s/
HONORABLE MICHAEL S. NACHMANOFF
U.S. DISTRICT JUDGE