**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| Gisela Mireya Calderon Campos, *et al.* | ) | |
| *Petitioners*, | ) | |
| | ) | Civil Action No. 1:25-cv-309 |
| v. | ) | |
| Kristi Noem, *et al.* | ) | |
| *Respondents*. | ) | |

## Notice of Voluntary Dismissal

This matter has been resolved to the mutual satisfaction of the parties. Respondents have not filed an answer or a motion for summary judgment. Petitioners hereby give notice that this case is voluntarily dismissed without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted this April 2, 2025.

So Orded

/s/
Michael S. Nachmanoff
United States District Judge
4/11/25

/s/ Simon Sandoval-Moshenberg
Simon Sandoval-Moshenberg, Esq.
Virginia State Bar no. 77110
Counsel for Petitioners
Murray Osorio PLLC
4103 Chain Bridge Road, Suite 300
Fairfax, Virginia 22030
Telephone: 703-352-2399
Facsimile: 703-763-2304
ssandoval@murrayosorio.com